UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER LELCHOOK, et al,

        Plaintiffs,

v.

COMMERZBANK AG,

        Defendant.

Civil Action No. 10-cv-5795 (AKH)

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys, and hereby agree and stipulate as follows:

1. That all claims in this action be and hereby are dismissed with prejudice; and

2. That each party shall pay their own costs and attorneys fees.

STIPULATED:

GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
(212) 613-2000

_____
Terry Myers
Jeffrey L. Nagel

Counsel for defendant Commerzbank AG

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W. - 5th Floor
Washington, D.C. 20037
(202) 463-1818

_____
Richard D. Heideman
Noel J. Nudelman
Tracy Reichman Kalik

Counsel for Plaintiffs

Dated: July 12, 2012

SO ORDERED:

_____
U.S.D.J.
8/2/12